ond Circuit denied. *William C. Morris* for petitioner. *Asher Blum* for respondent.

No. 974. ROBERTS *v.* ROBERTS ET AL. March 3, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Jas. G. Martin* for petitioner. *Acting Solicitor General Washington* for the United States, and *Russell T. Bradford* for Margaret E. Roberts, respondents.

No. 770. CITY OF PORTLAND *v.* PUBLIC MARKET CO. ET AL. March 3, 1947. Petition for writ of certiorari to the Supreme Court of Oregon denied. *Jay Bowerman* and *Lyman E. Latourette* for petitioner. *Acting Solicitor General Washington, Robert C. Goodale* and *Jerry N. Griffin* for the Reconstruction Finance Corporation et al., and *Charles A. Hart* for the Public Market Co., respondents.

No. 742. BULLOCK *v.* UNITED STATES. March 3, 1947. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Henry Lincoln Johnson, Jr.* for petitioner. *Acting Solicitor General Washington* and *Robert S. Erdahl* for the United States.

No. 806. PARKER *v.* UNITED STATES. March 3, 1947. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. Peti-

tioner *pro se. Acting Solicitor General Washington, Robert S. Erdahl* and *Leon Ulman* for the United States.

No. 810.   LACEY *v.* SANFORD, WARDEN.   March 3, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.   Petitioner *pro se. Acting Solicitor General Washington, Robert S. Erdahl* and *Leon Ulman* for the United States.

No. 834.   LEONARD *v.* UNITED STATES.   March 3, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.   *Robert Bobrick* and *David H. H. Felix* for petitioner.   *Acting Solicitor General Washington* and *Robert S. Erdahl* for the United States.

No. 845.   MIGNOGNA *v.* UNITED STATES.   March 3, 1947.   Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied.   Petitioner *pro se. Acting Solicitor General Washington, Robert S. Erdahl* and *Leon Ulman* for the United States.

No. 869.   MILLER *v.* SANFORD, WARDEN.   March 3, 1947.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.   Petitioner *pro se. Acting Solicitor General Washington, Robert S. Erdahl* and *Leon Ulman* for the United States.

No. 871.   TURNER *v.* UNITED STATES.   March 3, 1947. Petition for writ of certiorari to the Circuit Court of